**CARTER, Movant, v. COMMONWEALTH of Kentucky.**

Court of Appeals of Kentucky.

(Decided April 22, 1938.)

D. HOLLENDER HALL for movant.

HUBERT MEREDITH, Attorney General, and WM. F. NEILL, Assistant Attorney General, for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**CARTER, Doing Business as Riverside Hospital, Movant, v. LAWRENCE COUNTY, Kentucky, Opposed.**

Court of Appeals of Kentucky.

(Decided Feb. 25, 1938.)

(Rehearing Denied April 22, 1938.)

CHESLEY A. LYCAN for movant.

ELDRED E. ADAMS for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**DOWDY, Movant, v. EXCHANGE BANK OF MAYFIELD, KENTUCKY, Opposed.**

Court of Appeals of Kentucky.

(Decided April 29, 1938.)

O. H. BROOKS for movant.

SETH T. BOAZ for opposed.

PER CURIAM.

Appeal denied; judgment affirmed.